1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant WELLS

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                            OAKLAND DIVISION

10 UNITED STATES OF AMERICA,       )   No. 03-40072 CW
                                   )
11      Plaintiff,                 )   STIPULATED REQUEST TO CONTINUE
                                   )   SUPERVISED RELEASE HEARING
12      v.                         )   DATE TO SEPTEMBER 24, 2012 AND
                                   )   [PROPOSED] ORDER
13                                 )
   SHAWN ANTOINE WELLS,            )
14                                 )   Hearing Date: August 28, 2012
        Defendant.                 )   Time:         2:30 p.m.
15                                 )
                                   )
16

17      The above-captioned matter is set on August 28, 2012 before this Court for a hearing on a

18 supervised release violation based on allegations in a Probation Form 12 Petition that Mr. Wells

19 tested positive for drugs. The parties jointly request that the Court continue this supervised

20 release matter to the Court's September 24, 2012 calendar for possible resolution of this matter.

21      In 2004, Mr. Wells was convicted and sentenced for being a felon in possession of a

22 firearm. He began supervision in December 2011. On July 23, 2012, the Court issued a

23 summons for Mr. Wells to answer to charges in a Form 12 petition that he violated his

24 supervised release by using drugs. Mr. Wells appeared pursuant to the summons and the

25 magistrate court set this case on the Court's August 28, 2012 calendar.

26      It is respectfully requested that the Court set this matter over one additional month, until

1  September 24, 2012, to give Mr. Wells additional time to participate in outpatient drug treatment.
2  This continuance will also give the Probation Office and the parties sufficient time to negotiate
3  any disposition that may be presented to the Court.   Additionally, counsel for Mr. Wells is
4  unavailable on August 28, 2012.  Defense counsel communicated with the assigned probation
5  officer in this case, Richard Brown, and Mr. Brown is in agreement with this continuance.
6      Because this case involves an allegation that Mr. Wells violated the terms of his
7  supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not
8  apply.

10  DATED: August 27, 2012                       /S/
                                                STEPHEN CORRIGAN
11                                              Assistant United States Attorney

13  DATED: August 27, 2012                       /S/
                                                ANGELA M. HANSEN
                                                Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Wells violated the terms of his supervised release;

2. Given that the parties would like additional time for Mr. Wells to participate in outpatient drug treatment and that the parties need time to negotiate a resolution of this matter;

3. Given that defense counsel is unavailable on August 28, 2012;

4. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the August 28, 2012 supervised release violation hearing date is vacated and reset to September 24, 2012, at 2:30 p.m.

DATED: 8/28/2012

CLAUDIA WILKEN
United States District Judge