STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant WELLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN ANTOINE WELLS,<br><br>Defendant. | No. 03-40072 CW<br><br>STIPULATED REQUEST TO MODIFY TERMS OF SUPERVISED RELEASE AND [~~PROPOSED~~] ORDER<br><br>Hearing Date: May 13, 2013<br>Time: 2:30 p.m. |

The above-captioned matter is set on May 13, 2013 before this Court for a hearing on a supervised release violation based on allegations in a Probation Form 12 Petition that Mr. Wells tested positive for drugs. The parties jointly request that the Court modify Mr. Wells' supervised release to include six months in a halfway house as a sanction for the violation conduct.

Because of funding cuts, an inpatient residential drug treatment program is not available to Mr. Wells, and Mr. Wells' insurance would not fund an full-time residential program. Given these restraints, the Probation Office has proposed that Mr. Wells reside in a halfway house and receive outpatient care while residing at the facility. The parties support the Probation Office's proposal and believe that six months in the halfway house will provide Mr. Wells with necessary structure and a new and supportive environment in which to remain sober.

Stip. Req. To Modify Supervised Release, No.
CR-03-40072 CW

While at the halfway house, the parties agree that Mr. Wells will continue with outpatient drug treatment. The parties further agree that other conditions of supervision shall remain in effect.

DATED: May 9, 2013

/S/
MAUREEN BESSETTE
Assistant United States Attorney

DATED: May 9, 2013

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

## ORDER

Upon agreement of the parties and for good cause, it is hereby ordered that defendant's supervised release is modified as follows:

Defendant shall reside for a period of up to six months, as directed by the probation officer, at a half way house or GEO Care facility to be determined by the probation officer, and shall observe the rules of that facility. All other terms and conditions of supervised release shall remain in place. The Form 12 Petition is resolved and the May 13, 2013 hearing date is vacated.

IT IS SO ORDERED.

DATED: 5/10/2013

CLAUDIA WILKEN
Chief United States District Judge